IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-70-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DONNIE RAY COX, JR., | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion for sentence reduction [D.E. 157]. The response is due not later than March 18, 2021.

SO ORDERED. This  8  day of February, 2022.

                                                            JAMES C. DEVER III
                                                            United States District Judge