IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-70-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DONNIE RAY COX, JR., | ) | |
| | ) | |
| Defendant. | ) | |

The United States MUST respond to defendant's motions for compassionate release [D.E. 191, 192] not later than March 17, 2026.

SO ORDERED. This 10 day of February, 2026.

JAMES C. DEVER III
United States District Judge