UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-cr-00070-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DONNIE RAY COX, JR. | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Government's Motion to seal Government's Exhibit 2 [D.E. 197], Defendant's medical records attached to the Government's Response in Opposition to Defendant's Motion for Compassionate Release [D.E. 197].

For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Government Exhibit 2 [D.E. 197].

SO ORDERED this ___19___ day of April, 2026.

JAMES C. DEVER III
United States District Judge